**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 • www.brill-legal.com

Peter E. Brill
Rita Bonicelli
Harleigh Tensen
Of Counsel:
James Moschella

January 7, 2016

Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

   Re: *US v. Govinda Andiappen*
      14-cr-402

Dear Judge Spatt:

  I write to ask the Court to allow Mr. Andiappen to travel for work purposes to his employer's facility in Myrtle Beach, South Carolina from January 11 to January 15, 2016. The company, a bicycle manufacturer, is setting up a new factory there and they are asking Mr. Andiappen to travel there to assist in the transition.

  I would ask that the Court endorse this letter so that I can forward it to Pre-Trial Services. Pre-trial Services Officer Vasquez, who can be reached at 718-613-2603, has no objection to this request.

  Thank you for your consideration.

               Respectfully submitted,

               Peter E. Brill

15 Maiden Lane
Suite 1500
New York, N.Y. 10038

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788

64 Hilton Avenue
Hempstead, N.Y. 11550

67A Main Street
Suite 2
East Hampton, N.Y. 11937